■ LISA HOCK, Appellant, v JOSEPH MACK et al., Respondents. [669 NYS2d 1017] —Appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 7, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.